IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SERENA DUNLAP, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00164-MTT |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 20, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 20th day of January, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk